```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ANTHONY FARANCA, et al., : | CIVIL ACTION NO. 05-1749 (MLC) |
| Plaintiffs, : | **MEMORANDUM OPINION** |
| v. : |  |
| LUIS BONILLA, et al., : |  |
| Defendants. : |  |

**THE PLAINTIFFS** (1) advising the Court that "this matter has been settled, by and between the parties," and (2) requesting that the Court "issue the appropriate Order" (4-26-06 Sobel Letter); and thus the Court intending to (1) deny the defendants' pending motion to vacate the order, entered October 6, 2005, granting the plaintiffs' motion for entry of judgment by default on the issue of liability (dkt. entry no. 22) without prejudice, and (2) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                           s/ Mary L. Cooper
                                           **MARY L. COOPER**
                                           United States District Judge